# United States Court of Appeals

## For the Eighth Circuit

_____

No. 12-2752

_____

United States of America

*Plaintiff - Appellee*

v.

Robert M. Fast

*Defendant - Appellee*

------------------------------

Vicky, Child Pornography Victim

*Interested party - Appellant*

_____

No. 12-2769

_____

In re: Vicky, Child Pornography Victim

*Petitioner*

_____

Appeal from United States District Court
for the District of Nebraska - Lincoln

_____

Submitted: August 20, 2014
Filed: August 28, 2014
[Published]

_____

Before MURPHY, BENTON, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

This case is on remand from the Supreme Court of the United States. *Vicky, Child Pornography Victim v. Fast*, 134 S. Ct. 1934 (2014). Robert M. Fast pled guilty to receiving and distributing child pornography in violation of 18 U.S.C. § 2252A(a)(2). Vicky challenged the district court's restitution order. This court dismissed her appeal, finding that the defendant must "proximately cause the victim's losses." *Vicky, Child Pornography Victim v. Fast*, 709 F.3d 712, 721 (8th Cir. 2013). The Supreme Court vacated this court's judgment and remanded for further consideration in light of *Paroline v. United States*, 134 S. Ct. 1710 (2014). In *Paroline*, the Court found that 18 U.S.C. § 2259 requires "restitution in an amount that comports with the defendant's relative role in the causal process that underlies the victim's general losses." *Paroline*, 134 S. Ct. at 1727.

\* \* \* \* \* \* \*

The case is remanded to the district court for further consideration in light of *Paroline*.

_____